# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THOMAS BAUMANN

VERSUS

VOLKERT, INC., MEYER
ENGINEERS, LTD., DUB JOHNSON
PAVING CONTRACTOR, INC.,
TERRY HONORE CONSTRUCTION
COMPANY, INC., THE CITY OF
BATON ROUGE, EAST BATON
ROUGE PARISH AND BATON ROUGE
METROPOLITAN COMMISSION

NO.   2023 CW 0236

**MAY 25, 2023**

---

In Re:    Volkert,  Inc.,  applying  for  supervisory  writs,  19th
          Judicial  District  Court,  Parish  of  East  Baton  Rouge,
          No. 716577.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.**

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT